# KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 620
WASHINGTON, DC 20001

TEL: (202) 875-8000
FAX: (202) 844-3500

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

July 25, 2018

**BY ECF**

Honorable Linda V. Parker
United States District Judge
Eastern District of Michigan
Federal Building and U.S Courthouse
600 Church Street, Room 102
Flint, MI 48502

    Re: *United States v. Edward Cespedes*
       4:18-CR-20086 (LVP)

Dear Judge Parker:

  We represent Edward Cespedes in the above-referenced matter. We write to request that the Court permit Mr. Cespedes to travel to Palm Coast, Florida for a family trip with his children and his sister. Mr. Cespedes' pretrial travel is currently limited to the Eastern District of Florida, the Southern District of New York, and the Southern District of Florida (where Mr. Cespedes lives). Palm Coast is located in the Middle District of Florida.

  Mr. Cespedes would like to travel to Palm Coast, Florida on July 28th and return on July 30th. He will be staying at the Hammock Hotel located at ▮▮▮▮▮▮▮▮▮▮▮▮ We have tried to get in contact with Mr. Cespedes' pretrial officer, Yoland LaFrance, prior to making this request; however, we have not heard back from Ms. LaFrance as of the time of this request.

  We thank the Court for considering this request.

Respectfully submitted,

*Juliet L. Fink*

cc: DOJ Trial Attorney Mark (Mac) McDonald (by email)
   USPO Yoland LaFrance (by email)